UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

*P SEND*

CIVIL MINUTES - GENERAL

Case No.   SA CV 02-1043-AHS(MLGx)                    Date April 23, 2003

Title:     ACACIA MEDIA TECHNOLOGIES CORPORATION v. LA TOURAINE INC.

===============================================================================
PRESENT:   HON. ALICEMARIE H. STOTLER, JUDGE

           Ellen Matheson                          Not Present
           Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS            ATTORNEYS PRESENT FOR DEFENDANTS

None Present                                None Present


PROCEEDINGS: (In Chambers)
             ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION
             RETURNABLE: MAY 23, 2003

     The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **May 23, 2003**, why this action should not be dismissed for lack of prosecution as to defendant **La Touraine Inc**. The Court notes in this regard, that absent a showing of good cause, an action <u>shall</u> be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint. <u>Fed. R. Civ. P.</u> 4(m). An action may be dismissed prior to such time if plaintiffs have not diligently prosecuted the action. No oral argument will be heard unless otherwise ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiffs' response. No response is required if a responsive pleading or proof of service (indicating proper service in full compliance with the federal rules) has been filed on or before the date upon which the response is due.

     The Clerk shall serve this minute order on counsel for all parties in this action.


ENTERED ON ICMS
APR 24 2003
CV

MINUTES FORM 11
CIVIL - GEN                                              Deputy Clerk _____