HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
ALAN P. BLOCK (SBN 143783)
KEVIN I. SHENKMAN (SBN 223315)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ACACIA MEDIA TECHNOLOGIES CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LA TOURAINE, INC.<br><br>    Defendants. | Case No. SACV 02-1043 JW (MLGx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |



Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Acacia Media Technologies Corporation ("Acacia"), through its counsel, hereby dismisses this case, in its entirety, including all claims brought by Plaintiff Acacia Media Technologies Corporation. Acacia has settled this action with Defendant La Touraine, Inc. Defendant La Touraine has not served an answer or motion for summary judgment in response to Acacia's claims.

This dismissal shall be without prejudice with respect to all claims. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED: December 9, 2003

HENNIGAN BENNETT & DORMAN LLP

By _____
Kevin Shenkman

Attorneys for Plaintiff,
ACACIA MEDIA TECHNOLOGIES CORPORATION

**PROOF OF SERVICE**

STATE OF CALIFORNIA,       )
                           ) SS.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017.

On **December 9, 2003**, I served the foregoing document described as **NOTICE OF VOLUNTARY DISMISSAL** on the interested parties in this action as follows:

- ☐ by transmitting via facsimile the documents listed above to the fax number set fourth below on this date. This transmission was reported as complete without error by a transmission report issued by the facsimile machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission is attached hereto and incorporated herein by this reference.

- ☒ by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for Delivery.

- ☐ by personally delivering the document listed above to the persons at the address set forth below.

La Touraine, Inc.
c/o George Itronopoulos
P.O. Box 13122
La Jolla, California 92037

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 9, 2003** at Los Angeles, California.

*Miyuki Mei Smith*
Miyuki Mei Smith